UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

WORLDWIDE WATER TECHNOLOGIES, INC.,
Respondent.

AFFIDAVIT OF SERVICE
07 CIV. 7492 (HB)

STATE OF NEW YORK     )
                      ) ss.
County of New York    )

Sabrina Brooks, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2. On September 14, 2007, I served the Respondent herein with a copy of the Petition to Confirm Arbitration Award, Notice of Petition and Memorandum of Law in Support of Petition to Confirm Arbitration Award by causing a true copy of said Motion papers addressed to the Respondent at P.O. Box 1157, Mount Vernon, New York 10551 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 5453 and regular mail.

_____
Sabrina Brooks

Sworn to, before me, this 14th day of September 2007.

_____
Michele Reid

MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011