UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

WORLDWIDE WATER TECHNOLOGIES, INC.,
Respondent.

**AFFIDAVIT OF SERVICE**
**07 Civ. 7492 (HB)**

---

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

Michele Reid, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

2. On September 18, 2007 I served the Petitioners herein with a copy of the Order Scheduling a Pre-Trial Conference by causing a true copy of said Order addressed to the Respondent at P.O. Box 1157, Mount Vernon, New York 10551 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7005 1160 0004 3543 2331 and regular mail.

_____
Michele Reid

Sworn to, before me, this
20th day of September 2007.

_____
SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010