UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

WORLDWIDE WATER TECHNOLOGIES,
Respondent.

**AFFIDAVIT OF SERVICE**
**07 CIV. 7492 (HB)**

STATE OF NEW YORK   )
                    ) ss.
County of New York  )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On October 22, 2007, I served the respondent herein with a copy of the Default Judgment and the October 22, 2007 letter to Judge Harold Baer requesting a Default Judgment by causing a true copy of said motion papers to be addressed to the respondent at P.O. Box 1157, Mount Vernon, NY 10551 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 6474 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
22nd day of October 2007

_____
ARMAND SPILOTROS
Notary Public, State of New York
No. 01SP4839358
Qualified in Queens County
Commission Expires July 31, 2009